

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00408-CV

DENISE PRENT, Appellant

V.

RJET, L.L.C., Appellee

Appeal from the 234th District Court of Harris County.  (Tr. Ct. No. 2013-20652).

**TO THE 234TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 5th day of March 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on May 11, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment.  Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court for further proceedings.
>
> The Court **orders** that appellee, rJet, L.L.C., pay all appellate costs.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered March 5, 2015.

Panel consists of Justices Jennings, Massengale, and Lloyd.
Opinion delivered by Justice Jennings.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

May 15, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT